

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,253-03

### IN RE RONALD WHIT DUBOSE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 07-1246-CR IN THE 25TH DISTRICT COURT
### FROM GUADALUPE COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that Respondent, the District Clerk of Guadalupe County, failed to send him a copy of the supplemental record in *Ex parte Dubose*, No. WR-83,253-01 (Tex. Crim. App. June 3, 2015) (unpublished order).

In these circumstances, additional facts are needed. Respondent shall file a response and state whether she complied with Article 11.07, § 7 of the Code of Criminal Procedure and Rule of Appellate Procedure 73.4(b)(2). This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be

submitted within 30 days of the date of this order.

Filed:  September 16, 2015
Do not publish